FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Ernesto Guariorex Velasquez,<br><br>　　　　　Defendant. | Case No.: 09-00251M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of California for alleged violation(s) of the terms and conditions of his/her [probation] /supervised release/; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendants prior parol violations and failure to appear, absence of bail resources and background information

and/or

B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendants prior criminal record and nature of charges

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/6/09

UNITES STATES MAGISTRATE JUDGE

CARLA M. WOEHRLE